# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| MOSES ODUNAGA AINA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-14-45-M |
| OKLAHOMA COUNTY SHERIFF'S OFFICE, et al., | ) | |
| Defendants. | ) | |

## ORDER

On June 30, 2014, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging various violations of plaintiff's constitutional rights. The Magistrate Judge recommended that plaintiff's Motions to Proceed *In Forma Pauperis* [docket nos. 2, 6, and 14] be denied for repeated failure to timely cure deficiencies in his application and that plaintiff be ordered to pay the full filing fee of $400.00. Plaintiff was advised of his right to object to the Report and Recommendation by July 17, 2014. A review of the record shows that no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 20] issued by the Magistrate Judge on June 30, 2014,

(2) DENIES plaintiff's Motions to Proceed *In Forma Pauperis* [docket nos. 2, 6, and 14], and

(3) ORDERS plaintiff to pay the full filing fee of $400.00 within twenty (20) days of the date of this Order. The Court further advises plaintiff that failure to pay

the filling fee within the twenty (20) day period will result in the Court dismissing this action without prejudice to re-filing.

**IT IS SO ORDERED this 25th day of July, 2014.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE